UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>STEVEN MARK RENNER,           )<br>                              )<br>          Defendant.          ) | INDICTMENT CR 08-283 DWF/SRN<br><br>(26 U.S.C. § 7201) |

THE UNITED STATES GRAND JURY CHARGES:

### COUNTS 1 through 4
(Tax Evasion)

1.  From 2001 through 2006, Defendant STEVEN MARK RENNER owned and operated Cash Cards International, an Internet-based stored-value card and money transmission business with locations in Minnesota, South Dakota, and Hawaii. In addition to money transmission services, Cash Cards International operated a multi-level sales distributorship business opportunity for the sale of the cash cards.

2.  Defendant RENNER diverted substantial funds from Cash Cards International during calendar years 2002, 2003, 2004 and 2005. Defendant RENNER used those funds to pay his personal living expenses, as well as to make personal investments in coins, oil wells, art, stamps, and vintage musical instruments. Furthermore, defendant RENNER used Cash Cards International funds to fund and promote his musical band, "Stevie Renner and the Renegades."

SCANNED
SEP 18 2008
U.S. DISTRICT COURT ST. PAUL

FILED SEP 18 2008
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

United States v. Steven Mark Renner

3.   Although required to do so based on the amount of income he had earned each year from 2002 through 2005, defendant RENNER did not timely file federal income tax returns with the Internal Revenue Service. Furthermore, defendant RENNER did not pay the approximately $332,162.00 in tax due and owing for those years.

4.   In about April 2002, defendant RENNER submitted an application to the Minnesota Department of Commerce to license Cash Cards International as a money transmitting business in the State of Minnesota, but did not provide tax returns as required by the Department of Commerce. In May 2002, in part because defendant RENNER did not complete the application, the Minnesota Department of Commerce issued a Cease and Desist Order directing Cash Cards International to cease operations. The license application was finally denied on July 15, 2003, based in part because defendant RENNER did not provide the requested tax returns.

5.   In the Fall 2004, the United States Securities and Exchange Commission directed defendant RENNER and Cash Cards International to provide tax returns for Cash Cards International. On about March 5, 2006, immediately after defendant RENNER became aware of another federal investigation into Cash Cards International and himself, defendant RENNER filed federal income tax returns for tax years 2002, 2003, 2004, and 2005. Defendant RENNER included Cash Card International's tax return information on

United States v. Steven Mark Renner

Schedule C of his personal federal income tax returns. These returns falsely and substantially understated his income and the tax due and owing for each year.

6.   On or about the dates set forth below, in the State and District of Minnesota, the defendant,

**STEVEN MARK RENNER,**

a resident of Minneapolis, Minnesota, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year set forth below, by failing to make an income tax return on or before April 15 of that year as required by law to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by engaging in the affirmative actions set forth in paragraphs 2, 3, 4, and 5 above.

| Count | Date<br>(Tax Year) | Unreported Taxable Income<br>(approximate) | Tax Due and Owing<br>(approximate) |
|---|---|---|---|
| 1 | March 5, 2006<br>(2002) | $346,845.49 | $97,456.00 |
| 2 | March 5, 2006<br>(2003) | $244,098.90 | $56,570.00 |
| 3 | March 5, 2006<br>(2004) | $375,824.30 | $99,169.00 |
| 4 | March 5, 2006<br>(2005) | $518,792.85 | $78,967.00 |

<u>United States v. Steven Mark Renner</u>

    7.    All in violation of Title 26, United States Code, Section 7201.

A TRUE BILL

_____      _____
UNITED STATES ATTORNEY      FOREPERSON