## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-283(1) (DWF/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Steven Mark Renner, | |
| Defendant. | |

John R. Marti, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Lyonel Norris, Assistant Federal Defender, Federal Defender's Office, counsel for Defendant.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 13) is **DENIED**.

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 14) is **DENIED**.

    3.    Defendant's Motion to Suppress Evidence (Doc. No. 15) is **DENIED**.

Dated:  December 22, 2008        <u>s/Donovan W. Frank</u>
                                    DONOVAN W. FRANK
                                    Judge of United States District Court