# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 10-2112/2265
_____

United States of America

Appellee/Cross-Appellant

v.

Steven Mark Renner

Appellant/Cross-Appellee

_____

_____

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:08-cr-00283-DWF-1)
(0:08-cr-00283-DWF-1)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 08, 2011

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans